1064

*In the Matter of the Marriage of* THOMAS JAMES MARTIN,
*Respondent, and* LINDA MARIE MARTIN,
*Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 80–3–00496–0, Gary W. Velie, J., entered
October 29, 1986. *Affirmed* by unpublished opinion per
Petrich, J., concurred in by Reed, C.J., and Worswick, J.

*In the Matter of the Welfare of*
ERIC M. KOVACICH.

ERIC M. KOVACICH, *Appellant*, v. THE STATE OF
WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for
Chelan County, No. 86–8–00167–7, Fred Van Sickle, J.,
entered February 26, 1987. *Affirmed* by unpublished opin-
ion per Munson, J., concurred in by McInturff, C.J., and
Green, J.

THE STATE OF WASHINGTON, *Respondent*, v. BOBBY J.
BILDERBACK, *Appellant.*

Appeal from a judgment of the Superior Court for
Chelan County, No. 86–1–00186–8, Fred Van Sickle, J.,
entered April 8, 1987. *Affirmed* by unpublished opinion per
Munson, J., concurred in by McInturff, C.J., and Green, J.